## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY-JON ROGERS,** | : | |
| | : | CIVIL ACTION NO. 4:23-CV-00841 |
| **Paintiff,** | : | (Magistrate Judge Mehalchick) |
| | : | |
| **v.** | : | |
| | : | |
| **LYCOMING COUNTY TAX BUREAU,** | : | |
| et al., | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW, THIS** _26th_ **DAY OF JULY 2023,** upon consideration of Magistrate

Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 10) and all

relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 10) is **ADOPTED** for the reasons stated therein;[1]

2. The motion for preliminary injunction (Doc. 5) is **DENIED**;

3. The above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of

   subject matter jurisdiction;

---

[1] The Court notes that the legal standard set out in the R&R includes reference to injunctions in the correctional context (Doc. 10 at 8) which is not relevant in this case in that Plaintiff is not incarcerated. Because the R&R's analysis and recommended disposition does not rely on the correctional standard (*see id*. at 9-13), the Court adopts the R&R for the reasons stated by the Magistrate Judge.

4.  The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge